**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6158**

_____

KHALID MAHAMMED,

Petitioner - Appellant,

v.

DAVID GREEN, Warden; MAJOR HAGGIE; CAPTAIN JARVIS, Baltimore City
Correctional Center; SYNESSA JEFFERSON,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
James K. Bredar, Senior District Judge.  (1:23-cv-01338-JKB)

_____

Submitted:  August 27, 2024                          Decided:  August 30, 2024

_____

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Khalid Austin Mahammed, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khalid Austin Mahammed seeks to appeal the district court's order dismissing his 28 U.S.C. § 2241 petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, unless the United States or its officer or agency is a party, notices of appeal must be filed no more than 30 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order denying Mahammed's § 2241 petition on December 19, 2023. Mahammed filed a notice of appeal on February 14, 2024.[*] Because Mahammed failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date Mahammed could have delivered the notice to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988). We note that Mahammed mistakenly dated the notice of appeal *2023*, however we conclude this was a scrivener's error because the court entered the order Mahammed appeals from on December 19, 2023.

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*